

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00158-CV

**ALVIE ROBINSON,**

**Appellant**

v.

**ALICIA SCOTT AND BRANDEN MULLENS,**

**Appellees**

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 25,737**

## O R D E R

Rather than file a motion for extension of time to file his brief because he had not received a copy of the reporter's record, appellant, Alvie Robinson, filed his brief without access to the reporter's record. Accordingly, the brief contains no citations to the record as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1(i). Because his brief is defective, we strike it without prejudice to refiling another brief which is due 60 days after the date of this order.

Additionally, a copy of the reporter's record is enclosed with this order. Appellant is required to return the reporter's record with his brief. The reporter's record must be preserved in the condition it is sent to appellant. It may not be disassembled or taken apart for any reason, and it may not be marked upon. If it has been disassembled, or taken apart, or marked on, or not returned with appellant's brief, this appeal will be dismissed.

Appellant's brief is due 60 days from the date of this order.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Brief stricken, brief due
Order issued and filed September 21, 2016

